UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0-12-cv-60796-WJZ

KEVIN LAWRENCE, individual, and AYSHEA
LAWRENCE, an individual, on behalf
of themselves and all others similarly situated,

    Plaintiff,

vs.                                    **CLASS ACTION**

GILBERT GARCIA GROUP, P.A., a
Florida professional association,

    Defendant.
_____/

## MEMORANDUM IN RESPONSE TO MOTION TO DISMISS

    Plaintiffs, Kevin Lawrence, an individual, and Ayshea Lawrence, an individual, on behalf of themselves and all others similarly situated (hereinafter collectively referred to as "the Lawrences"), pursuant to the Local Rules of the United States District Court, Southern District of Florida, file this their Memorandum in Response to the Motion to Dismiss ("Motion to Dismiss") filed herein by Defendant, Gilbert Garcia Group, P.A., a Florida professional association ("Collection Law Firm")[DE 4]:

    1.    Contemporaneous with the with the filing of the instant memorandum, the Lawrences have filed an Amended Complaint for Damages and Incidental Relief.

    2.    Pursuant to Rule 15, Federal Rules of Civil Procedure, motions to dismiss or for summary judgment are not considered to be responsive pleadings. Thus, a plaintiff may amend a complaint as of right prior to dismissal without requesting or receiving leave of court. Brever v. Rockwell International Corp., 40 F.3d 1119 (D.C. Colo. 1994); Anderson v. USAA Casualty

Insurance Company, 2003 WL 22511624 (D.D.C. 2003); McKinney v. Irving Independent School District, 309 F.3d 308 (5th Cir.2002).

    3.    As a result of the filing of the Amended Complaint, the Motion to Dismiss of the Collection Law Firm is moot.

WHEREFORE, Plaintiffs, Kevin Lawrence, an individual, and Ayshea Lawrence, an individual, respectfully request this Court deny the Motion to Dismiss on account of mootness in accordance with the above argument.

/s/ Robert W. Murphy
ROBERT W. MURPHY
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316
(954) 763-8660 Telephone
(954) 763-8607 Facsimile
rphyu@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Jennifer Anderson Hoffman, Esquire, Marlow, Connell, Abrams, Adler, Newman & Lewis, 4000 Ponce de Leon Boulevard, Suite 570, Coral Gables, FL 33146, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/ Robert W. Murphy