UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0-12-cv-60796-WJZ

KEVIN LAWRENCE, individual, and AYSHEA
LAWRENCE, an individual, on behalf
of themselves and all others similarly situated,

    Plaintiff,

vs.                                          **CLASS ACTION**

GILBERT GARCIA GROUP, P.A., a
Florida professional association,

    Defendant.
_____/

## NOTICE OF NINETY DAYS EXPIRING AND RIPENESS

Plaintiffs, Kevin Lawrence, an individual, and Ayshea Lawrence, an individual (hereinafter collectively referred to as "the Lawrences"), on behalf of themselves and all others similarly situated, pursuant to Rule 7.1B, Local Rules of the United States District Court for the Southern District of Florida, provide Notice of Ninety Days Expiring and Ripeness with respect to the following application:

(1)    <u>Title and docket entry number of the subject motion or other application, along with the dates of service and filing</u>:

       Motion to Dismiss Plaintiffs' Amended Complaint [DE 8], Date of Filing: July 11, 2012.

(2)    <u>Title and docket entry number of any and all responses or opposing memoranda, along with the dates of service and filing, or if no such papers have been filed, the date on which such papers were due</u>:

Memorandum in Opposition to Defendant's Motion to Dismiss Amended Complaint [DE 11], Date of Filing August 1, 2012.

(3) <u>Title and docket entry number of any reply memoranda, or any other papers filed in connection with the Motion or other matter, as well as the dates of service and filing</u>:

Reply to Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss Amended Complaint [DE 14], Date of Filing: August 16, 2012

(4) <u>The date of any hearing held on the Motion or other matter</u>:

Not applicable.

/s/ Robert W. Murphy
ROBERT W. MURPHY
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316
(954) 763-8660 Telephone
(954) 763-8607 Facsimile
rphyu@aol.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 12, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Jennifer Anderson Hoffman, Esquire, Marlow, Connell, Abrams, Adler, Newman & Lewis, 4000 Ponce de Leon Boulevard, Suite 570, Coral Gables, FL 33146, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/  Robert W. Murphy